IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| INDUSTRIAL ENVIRONMENTAL SERVICES, LLC, an Oklahoma LLC; and MIKE WILLIAMS, Individually and as Managing Member of INDUSTRIAL ENVIRONMENTAL SERVICES, LLC, an Oklahoma LLC; <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>WORLD INVESTMENT GROUP LLC (a Delaware LLC); DANIEL H. WILKS; FARRIS WILKS; WILLIAM BARKER; And FRANKLIN AUTRY, all Individually and as members of World Investment Group LLC (A Delaware LLC) <br><br>　　　　　Defendants, | § § § § § § § § § § § § § § § § § § § § § § § | Case No. 1:07-CV-00178-C |

## DEFENDANTS' APPENDIX TO THE FOLLOWING MOTIONS:

1. DEFENDANTS' OBJECTIONS AND MOTION TO QUASH SUBPOENA DUCES TECUM, TO POSTPONE DEPOSITIONS, AND FOR PROTECTIVE ORDERS

2. DEFENDANTS' OBJECTIONS TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND MOTION FOR PROTECTIVE ORDER

3. DEFENDANTS' OBJECTIONS TO PLAINTIFF WILLIAMS' FIRST SET OF INTERROGATORIES TO DEFENDANTS AND MOTION FOR PROTECTIVE ORDER

| **Description** | **Page Number** |
|---|---|
| Plaintiffs' First Request for Production of Documents | 1 |
| Plaintiff Williams First Set of Interrogatories to Defendants | 31 |

| | |
|---|---|
| Notice of Intention to Take Oral Deposition with Subpoena Duces Tecum-Daniel H. Wilks | 40 |
| Notice of Intention to Take Oral Deposition with Subpoena Duces Tecum-Farris Wilks | 56 |
| Notice of Intention to Take Oral Deposition with Subpoena Duces Tecum-William Barker | 72 |
| Notice of Intention to Take Oral Deposition with Subpoena Duces Tecum-Franklin Autry | 88 |
| Affidavit of William A. Hicks | 104 |
| Affidavit of Rebecca Shark, M.D. | 138 |
| Defendants' Privilege Log | 141 |