IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| INDUSTRIAL ENVIRONMENTAL SERVICES, LLC, an Oklahoma LLC; and MIKE WILLIAMS, Individually and as Managing Member of INDUSTRIAL ENVIRONMENTAL SERVICES, LLC, an Oklahoma LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>WORLD INVESTMENT GROUP LLC (a Delaware LLC); DANIEL H. WILKS; FARRIS WILKS; WILLIAM BARKER; and FRANKLIN AUTRY, all Individually and as members of World Investment Group LLC (a Delaware LLC),<br><br>      Defendants. | § § § § § § § § § § § § § § § § § § § | Civil Action No 1:07-CV-178-C |

## RULE 29 STIPULATION

Pursuant to Federal Rule of Civil Procedure 29, the parties agree to the following extensions:

1. Defendants World Investment Group, LLC ("World Investment") and Daniel H. Wilks will review the deposition transcript of Daniel H. Wilks (in his individual and corporate representative capacity) and return any changes in form or substance, via signed statement describing the changes and reasons for making them, on May 27, 2008; and

2. Defendants World Investment and Farris Wilks will review the deposition transcript of Farris Wilks (in his individual and corporate representative capacity) and return any changes in form or substance, via signed statement describing the changes and reasons for making them, on May 27, 2008.

Agreed to this 12th day of May, 2008.

Respectfully submitted,

| | |
|---|---|
| /s/ John Smithee<br>John Smithee<br>State Bar No. 18768800<br>john@templetonsmithee.com<br>TEMPLETON, SMITHEE, HAYES, HEINRICH<br>& RUSSELL, LLP<br>P.O. Box 15010<br>Amarillo, Texas 79105<br>806-324-0324 – Telephone<br>806-379-8568 – Facsimile<br><br>**ATTORNEYS FOR INDUSTRIAL ENVIRONMENTAL SERVICES, LLC AND MIKE WILLIAMS** | /s/ Walker C. Friedman<br>Walker C. Friedman<br>State Bar No. 07472500<br>Christian D. Tucker<br>State Bar No. 00795690<br>FRIEDMAN, SUDER & COOKE<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>817-334-0400 – Telephone<br>817-334-0401 – Facsimile<br><br>**ATTORNEYS FOR FRANKLIN AUTRY** |

/s/ Derek W. Anderson
Marshall M. Searcy, Jr.
State Bar No. 17955500
Derek W. Anderson
State Bar No. 24012215
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500 – Telephone
(817) 878-9280 – Facsimile
marshall.searcy@khh.com
derek.anderson@khh.com

**ATTORNEYS FOR WORLD INVESTMENT GROUP, DANIEL H. WILKS, FARRIS WILKS AND WILLIAM BARKER**