**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| INDUSTRIAL ENVIRONMENTAL SERVICES, LLC, an Oklahoma LLC; and MIKE WILLIAMS, Individually and as Managing Member of INDUSTRIAL ENVIRONMENTAL SERVICES, LLC, An Oklahoma LLC, | § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Cause No. 1:07-CV-0178 |
| WORLD INVESTMENT GROUP LLC (a Delaware LLC); DANIEL H. WILKS; FARRIS WILKS; WILLIAM BARKER; and FRANKLIN AUTRY, all Individually and as Members of World Investment Group LLC (a Delaware LLC), | § § § § § § § | |
| Defendants. | § | |

**APPENDIX OF EXHIBITS IN SUPPORT OF**
**DEFENDANT FRANKLIN AUTRY'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    Defendant Franklin Autry files this his Appendix of Exhibits in Support of Defendant Franklin Autry's Motion for Summary Judgment.

Dated: March 3, 2009                    Respectfully submitted,

                                                  */s/ Walker C. Friedman*
                                                  Walker C. Friedman
                                                  State Bar No. 07472500
                                                  Christian D. Tucker
                                                  State Bar No. 00795690
                                                  FRIEDMAN, SUDER & COOKE
                                                  Tindall Square Warehouse No. 1
                                                  604 East 4th Street, Suite 200

Fort Worth, Texas 76102
Telephone: 817.334.0400
Telecopier: 817.334.0401

**ATTORNEYS FOR
DEFENDANT FRANKLIN AUTRY**

**INDEX**

| EX. | DESCRIPTION | PAGE |
|---|---|---|
| A | Declaration of Christian D. Tucker | 0001-0002 |
| B | Declaration of Franklin Autry | 0003-0009 |
| C | Declaration of Lawrence F. Ranallo | 0010-0021 |
| D | Excerpts from Deposition of Michael Williams (05-22-08) | 0022-0032 |
| E | Excerpts from Deposition of Michael Williams (06-24-08) | 0033-0056 |
| 68 | Operating Agreement for Chem Source | 0057-0073 |
| 92 | Securities Purchase and Sale Agreement between Mike Williams and Theresa Williams, as Sellers, and Chem Source, LLC, as Purchaser (effective 03/01/06) | 0074-0087 |
| 94 | Sale and Purchase Agreement between IES and WIG (effective 08/25/06) | 0088-0092 |
| 108 | Expert Report of Lawrence F. Ranallo (dated 09/12/08) | 0093-0135 |
| 109 | Joe Jacobi's Second Amended Original Petition | 0136-0150 |

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the above and foregoing instrument was electronically served upon counsel of record this 3rd day of March, 2009, as follows:

Marshall M. Searcy, Jr.
Derek W. Anderson
Chris S. Greer
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
marshall.searcy@khh.com
derek.anderson@khh.com
chris.greer@khh.com

Bill Hicks
Sharon Hicks
P.O. Box 1587
Cisco, Texas 76437
bhicks@fractech.net
shicks@fractech.net

John Smithee
Brian P. Heinrich
David M. Russell
Templeton, Smithee, Hayes, Heinrich & Russell, L.L.P.
320 S. Polk, Suite 1000, Lobby Box 5 (79101)
P.O. Box 15010 (79105)
Amarillo, Texas
john@templetonsmithee.com
brian@templetonsmithee.com
david@templetonsmithee.com

                */s/ Walker C. Friedman*_____
                Walker C. Friedman