IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| INDUSTRIAL ENVIRONMENTAL SERVICES, LLC, an Oklahoma LLC; and MIKE WILLIAMS, Individually and as Managing Member of INDUSTRIAL ENVIRONMENTAL SERVICES, LLC, an Oklahoma LLC, | § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No 1:07-CV-178-C |
| WORLD INVESTMENT GROUP LLC (a Delaware LLC); DANIEL H. WILKS; FARRIS WILKS; WILLIAM BARKER; and FRANKLIN AUTRY, all Individually and as members of World Investment Group LLC (a Delaware LLC), | § § § § § § § § | |
| Defendants. | § | |

## JOINT APPENDIX IN SUPPORT OF BRIEFS IN SUPPORT OF DEFENDANTS' MOTIONS TO EXCLUDE EXPERT TESTIMONY OF JOHN SERIGHT

Affidavit of Derek W. Anderson ........................................................................... App. 1 – App. 3

A.  Deposition Transcript of John Seright,
    taken February 18, 2009 ........................................................................... App. 4 – App. 54

B.  Deposition Transcript of Joe Jacobi,
    taken on June 27, 2008 ............................................................................. App. 55 – App. 61

B-2. Deposition Transcript of Joe Jacobi,
    taken on July 22, 2008 .............................................................................. App. 62 – App. 69

C.  Deposition Transcript of Michael Williams,
    taken May 22, 2008 .................................................................................. App. 70 – App. 80

D.  Deposition Transcript of Marcus Rowland,
    taken on June 16, 2008 ............................................................................. App. 81 – App. 90

E.    Deposition Transcript of Robert Early, taken on May 9, 2008 .................................................. App. 91 – App. 100

F.    Deposition Transcript of Stephen Straty, taken on may 20, 2008 ................................................ App. 101 – App. 105

G.    Chem Source Operating Agreement .................................................. App. 106 – App. 122

H.    Expert Report of John Seright re: Industrial Compounding dated March 1, 2006 .................................................. App. 123 – App. 211

I.    Expert Report of John Seright re: Chem Source dated August 25, 2006 .................................................. App. 212 – App. 293

J.    Rebuttal Expert Report of Daniel L. Jackson re: Industrial Compounding dated March 1, 2006 .................................................. App. 294 – App. 328

K.    Rebuttal Expert Report of Daniel L. Jackson re: Chem Source dated August 25, 2006 .................................................. App. 329 – App. 373

Respectfully submitted,

_s/ Derek W. Anderson_
Marshall M. Searcy, Jr.
State Bar No. 17955500
Derek W. Anderson
State Bar No. 24012215
Chris S. Greer
State Bar No. 24048954
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500
(817) 878-9280 (facsimile)
marshall.searcy@khh.com
derek.anderson@khh.com
chris.greer@khh.com

**ATTORNEYS FOR DEFENDANTS WORLD INVESTMENT GROUP LLC, DANIEL H. WILKS, FARRIS WILKS AND WILLIAM BARKER**

JOINT APPENDIX IN SUPPORT OF BRIEFS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF JOHN SERIGHT - PAGE 2

1028602_1

William A. Hicks
State Bar No. 09582000
Sharon E. Hicks
State Bar No. 18787500
P.O. Box 1587
Cisco, Texas 76437
(817) 850-1008
(817) 850-1011 (facsimile)
bhicks@fractech.net
shicks@fractech.net

**ATTORNEYS FOR DEFENDANTS WORLD INVESTMENT GROUP LLC, DANIEL H. WILKS, FARRIS WILKS, AND WILLIAM BARKER**

JOINT APPENDIX IN SUPPORT OF BRIEFS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE EXPERT TESTIMONY OF JOHN SERIGHT - PAGE 3

1028602_1

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2009, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the CM/ECF system of the Court which will send a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

John Smithee
Brian P. Heinrich
David M. Russell
Templeton, Smithee,
  Hayes, Heinrich & Russell, L.L.P.
320 S. Polk, Suite 1000
Lobby Box 5 (79101)
P.O. Box 15010 (79105)
Amarillo, Texas
john@templetonsmithee.com
brian@templetonsmithee.com
david@templetonsmithee.com


Walker C. Friedman
Christian D. Tucker
Friedman, Suder & Cooke, A P.C.
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
wcf@fsclaw.com
tucker@cdtlaw.com

                                                                                                             s/ Derek W. Anderson
                                                                                                             Derek W. Anderson