IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| INDUSTRIAL ENVIRONMENTAL SERVICES, LLC, an Oklahoma LLC; and MIKE WILLIAMS, Individually and as Managing Member of INDUSTRIAL ENVIRONMENTAL SERVICES, LLC, an Oklahoma LLC, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD INVESTMENT GROUP LLC (a Delaware LLC); DANIEL H. WILKS; FARRIS WILKS; WILLIAM BARKER; and FRANKLIN AUTRY, all Individually and as members of World Investment Group LLC (a Delaware LLC), <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § | Civil Action No 1:07-CV-178-C <br> (Consolidated with Civil Action No. 1:07-CV-183-C) |

## AGREED JOINT MOTION TO VACATE SCHEDULING ORDER AND STAY ALL DEADLINES

TO THE HONORABLE SAM R. CUMMINGS:

Chem Source, L.L.C. ("Chem Source"), World Investment Group, L.L.C. ("World Investment Group"), Daniel H. Wilks, Farris Wilks, William Barker, Mike Williams, Industrial Environmental Services, LLC ("IES"), and Michael E. Williams ("Williams") (collectively the "Signing Parties"), by and through the agreement of their counsel, jointly file this Agreed Joint Motion to Vacate the Scheduling Order and Stay All Deadlines. In support of this Motion, the Signing Parties respectfully show the Court as follows:

1. The Signing Parties involved in this suit have executed an agreement pursuant to Rule 11 of the Texas Rules of Civil Procedure to settle all claims involved in this suit and a related state court suit pending in the 43rd Judicial District in Parker County, Texas.

2. The Signing Parties respectfully request that the Court vacate the Scheduling Order, pending the execution of a later executed full Settlement Agreement.

3. The Signing Parties further respectfully request that the Court stay all current deadlines, pending the execution of a later executed full Settlement Agreement.

4. The resources of the Court and of the parties can be conserved by vacating the Scheduling Order and staying all of the current deadlines involved in this case. Further, the requested relief will not unduly delay the judicial process.

For the reasons stated above, the Signing Parties pray the Court vacate the Scheduling Order and stay all current deadlines, pending the execution of a later executed full Settlement Agreement.

Respectfully submitted,

/s/ John Smithee
John Smithee
State Bar No. 18768800
Brian P. Heinrich
State Bar No. 09382320
TEMPLETON, SMITHEE, HAYES, HEINRICH
 & RUSSELL, LLP
P. O. Box 15010
Amarillo, Texas 79105
806-324-0324 – Telephone
806-379-8568 – Facsimile

**ATTORNEYS FOR IES AND MIKE WILLIAMS**

/s/ Derek Anderson
Marshall Searcy, Jr.
State Bar No. 17955500
Derek Anderson
State Bar No. 24012215
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
817-332-2500 – Telephone
817-878-9280 – Facsimile

**ATTORNEYS FOR CHEM SOURCE, WORLD INVESTMENT GROUP, DANIEL H. WILKS, FARRIS WILKS AND WILLIAM BARKER**

 /s/ Walker C. Friedman
Walker C. Friedman
Christian D. Tucker
Friedman, Suder & Cooke, A P.C.
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
wcf@fsclaw.com
tucker@fsclawcom

**ATTORNEYS FOR FRANKLIN AUTRY**

## CERTIFICATE OF SERVICE

     I hereby certify that on March 23, 2009, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the CM/ECF system of the Court which will send a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

John Smithee
Brian P. Heinrich
David M. Russell
Templeton, Smithee,
Hayes, Heinrich & Russell, L.L.P.
320 S. Polk, Suite 1000
Lobby Box 5
Amarillo, Texas 79101
john@templetonsmithee.com
brian@templetonsmithee.com
david@templetonsmithee.com

Walker C. Friedman
Christian D. Tucker
Friedman, Suder & Cooke, A P.C.
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
wcf@fsclaw.com
tucker@fsclaw.com

/s/ Derek Anderson
Derek Anderson