IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| **INDUSTRIAL ENVIRONMENTAL SERVICES, LLC,** an Oklahoma LLC; and **MIKE WILLIAMS,** Individually and as Managing Member of **INDUSTRIAL ENVIRONMENTAL SERVICES, LLC,** an Oklahoma LLC, | § § § § § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Civil Action No 1:07-CV-178-C (Consolidated with Civil Action No. 1:07-CV-183-C) |
| **WORLD INVESTMENT GROUP LLC** (a Delaware LLC); **DANIEL H. WILKS; FARRIS WILKS; WILLIAM BARKER;** and **FRANKLIN AUTRY,** all Individually and as members of World Investment Group LLC (a Delaware LLC), | § § § § § § § | |
| **Defendants.** | § | |

## ORDER ON AGREED MOTION TO DISMISS WITH PREJUDICE

On the date noted below, the Court considered the parties' Agreed Motion to Dismiss with Prejudice. After considering the Motion, the pleadings and papers on file with the Court, and the interests of justice, the Court has determined the Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims Industrial Environmental Services and Mike Williams asserted or could have asserted against World Investment Group, Dan Wilks, Farris Wilks, Bill Barker, and Frank Autry in this lawsuit are hereby dismissed, with prejudice to refiling same.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims World Investment Group, Dan Wilks, Farris Wilks, Bill Barker, and Frank Autry asserted or could have asserted against Industrial Environmental Services or Mike Williams in this lawsuit are hereby dismissed, with prejudice to refiling same.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that nothing herein shall affect or apply to any claims or potential claims between Franklin Autry, World Investment Group LLC, Daniel H. Wilks, Farris Wilks and Bill Barker or the lawsuit styled *Franklin Autry v. World Investment Group, L.L.C., Daniel H. Wilks, Farris Wilks, and William Barker*, bearing Cause No. CV-08-0699, pending in the 43rd Judicial District Court of Parker County, Texas.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all taxable costs attorneys' fees shall be borne by the party incurring same, except any claims for taxable costs and attorneys' fees between Franklin Autry and World Investment Group LLC, Daniel H. Wilks, Farris Wilks and William Barker.

Dated April 30, 2009.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT